IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-238-D

| | |
|---|---|
| NEILL GUY, general guardian for K.G., a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> MARSHALL-HOPPER, INC. d/b/a CHICK-FIL-A HOPE MILLS, an Iowa corporation; and CODY HOPPER, individually, <br><br> Defendants. | **ORDER GRANTING PARTIES' JOINT MOTION FOR A STAY OF THE CASE AND APPROVAL OF MINOR SETTLEMENT** |

**THIS MATTER** having come before this Court on the Parties' *Joint Motion for a Stay of the Case and Approval of Minor Settlement*, and it appearing to the Court that good cause exists for the granting of this Motion; that the Parties each consent to the Motion; and that said Motion should be granted.

**IT IS NOW THEREFORE ORDERED** that this case is STAYED pending the Court's review and determination of the minor settlement reached by the Parties. Furthermore, the Parties shall file *under seal*, a copy of the executed settlement agreement between the Parties for the Court's consideration and approval of the same by Friday, September 2, 2022.

**SO ORDERED.** This the __12__ day of September, 2022.

                                                                     JAMES C. DEVER III
                                                                     United States District Judge