UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
CIVIL ACTION NO.: 5:22-cv-238-D

| | |
|---|---|
| NEILL GUY, general guardian for K.G., a Minor,<br>*Plaintiff,*<br><br>vs.<br><br>MARSHALL-HOPPER, INC., d/b/a CHICK-FIL-A HOPE MILLS, an Iowa corporation; and CODY HOPPER, individually,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO SEAL

Joint Motion to Seal the Joint Motion to Approve Minor's Settlement dated September 2, 2022 is hereby GRANTED.

SO ORDERED. This 12 day of September, 2022.

　　　　　　　　　　　　　　　　　J. Dever
　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1